UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

CASE NO.: 3:25-cv-00502

FLYLAND DESIGNS, INC,

           Plaintiff,

v.

OUTLAW TRAILERS, INC.,

           Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff FLYLAND DESIGNS, INC by and through its undersigned counsel, brings this Complaint against Defendant OUTLAW TRAILERS, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff FLYLAND DESIGNS, INC ("Flyland") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Flyland's original copyrighted Work of authorship.

2. Flyland is a Pennsylvania-based professional graphic artist studio founded in 2006 by Brian Allen ("Allen"). Allen is a freelance artist, illustrator and creative director who has worked with a variety of brands such as Activision, Marvel, Adult Swim, Metallica, Hulk Hogan, Chick-Fil-A, Harley Davidson, Hard Rock Cafe, MTV, and many more. Allen is most recently known for his work designing Gritty, the Philadelphia Flyers mascot that became an internet phenomenon. Allen creates artworks for advertising agencies, music bands, apparel

companies, restaurants, motorcycle graphic distributors, packaging design firms, start-ups, magazines, and publishers. Flyland operates as the exclusive licensor of Allen's artwork.

3. Defendant OUTLAW TRAILERS, INC. ("Outlaw") is a trailer dealership located in East Tennessee that serves customers nationwide and specializes in hydraulic trailers such as tilt and dump trailers, stock car haulers, and utility trailers. In addition, Outlaw builds custom trailers in accordance with client specifications. At all times relevant herein, Outlaw owned and operated the internet website located at the URL http://www.outlawtrailers.net (the "Website").

4. Flyland alleges that Outlaw copied Flyland's copyrighted Work from the internet in order to advertise, market and promote its business activities. Outlaw committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the Outlaw's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Outlaw is subject to personal jurisdiction in Tennessee.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Outlaw engaged in infringement in this district, Outlaw resides in this district, and Outlaw is subject to personal jurisdiction in this district.

## DEFENDANT

9. Outlaw Trailers, Inc. is a Tennessee Corporation, with its principal place of business at 1383 East Lee Highway, Loudon, Tennessee, 37774-6441, and can be served by

serving its Registered Agent, Dustin Martin, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2016, Flyland created the photograph entitled "Outlaw Skeleton," which is shown below and referred to herein as the "Work".



11. Flyland registered the Work with the Register of Copyrights on February 20, 2023, and was assigned registration number VA 2-341-676. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Flyland was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY OUTLAW

13. Outlaw has never been licensed to use the Work at issue in this action for any purpose.

14. On a date after the Work at issue in this action was created, but prior to the filing of this action, Outlaw copied the Work.

15. In November of 2023, Flyland discovered the unauthorized use of its Work on the Website. The Work functioned as Outlaw's de facto brand logo and was used to advertise and promote its services, appearing on its Website, online advertising, signage, banners, t-shirts, a car wrap, wheel covers, a pop-up canopy tent, and a substantial number of decals placed on the majority of its trailer products.

16. Outlaw copied Flyland's copyrighted Work without Flyland's permission.

17. After Outlaw copied the Work, it made further copies and distributed the Work on the internet and other mediums to promote the sale of goods as part of its trailer manufacturing company.

18. Outlaw copied and distributed Flyland's copyrighted Work in connection with Outlaw's business for purposes of advertising and promoting its business.

19. Outlaw committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Flyland never gave Outlaw permission or authority to copy, distribute or display the Work at issue in this case.

21. Flyland notified Outlaw of the allegations set forth herein on January 23, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

22. Flyland incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Flyland owns a valid copyright in the Work.

24. Flyland registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. Outlaw copied, displayed, and distributed the Work and made derivatives of the Work without Flyland's authorization in violation of 17 U.S.C. § 501.

26. Outlaw performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Flyland has been damaged.

29. The harm caused to Flyland has been irreparable.

WHEREFORE, Plaintiff FLYLAND DESIGNS, INC prays for judgment against the Defendant OUTLAW TRAILERS, INC. that:

a. Outlaw and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Outlaw be required to pay Flyland its actual damages and Defendant's profits attributable to the infringement as provided in 17 U.S.C. § 504;

c. Flyland be awarded pre- and post-judgment interest; and

d. Flyland be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Flyland hereby demands a trial by jury of all issues so triable.

Dated: October 14, 2025

Respectfully submitted,

*/s/ Anthony J. Underwood*
ANTHONY J. UNDERWOOD
Bar Number: (TN) 041350 (FL) 1056640
(GA) 685078
anthony.underwood@sriplaw.com

EVAN A. ANDERSEN
GA Bar Number: 377422
evan.andersen@sriplaw.com

**SRIPLAW, P. A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.200.0155 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Flyland Designs, Inc*